IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YESILADA KREDI VE YATIRIM, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv01 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS C. WHITMORE, | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by June 6, 2005, file their Report of Parties' Planning Conference.

DATED May 17, 2005.

/s/ David L. Piester

United States Magistrate Judge