IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR1 |
| | ) | |
| v. | ) | |
| | ) | |
| OHAD COHEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that hearing on the notice/claim for seized assets (Filing No. 46) is scheduled for hearing on **May 30, 2006, at 1:00 p.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant will not be present for this hearing.

Claimant Shalom Leder will participate by phone for this hearing.   The Clerk's Office is ordered to mail a copy of this order to Mr. Leder at his last known address.

DATED this 23rd day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge