IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR1 |
| v. | ) | |
| OHAD COHEN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court following a telephonic hearing with the government and Shalom Leder. Mr. Leder is claiming that assets in the amount of $35,326.00 seized in the criminal case of Ohad Cohen should be returned to Mr. Leder. Based on the discussion with counsel for the government, Nancy Svoboda, and with Mr. Leder, the court has agreed to dispose of this matter based on affidavits and evidence submitted by the parties.

THEREFORE, IT IS ORDERED:

1. The government shall file its affidavits (under oath), supporting evidence, and supporting argument with the court and with Mr. Leder on or before June 20, 2006;

2. The government shall provide copies of all relevant bank records in its possession to Mr. Leder on or before June 20, 2006;

3. Mr. Leder shall file all affidavits (under oath), supporting evidence and written argument with the court and with Nancy Svoboda, United States Attorney's Office, 1620 Dodge Street, Suite 1400, Omaha, Nebraska 68102-1506, on or before July 5, 2006; and

4. The government and the clerk of court shall use the following address when providing copies of filings, documents, or evidence with regard to Mr. Shalom Leder:

> Shalom Leder
> 241 Braddock
> Bellerose, New York 11426.

DATED this 30th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge