UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR1 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| OHAD COHEN, | ) | |
| | ) | |
| Defendant. | ) | |

  NOW ON THIS 29th day of May, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief.  The Court reviews the file in this case and, being duly advised in the premises, finds as follows:

  1.  On February 8, 2005, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(i), based upon the Defendant's plea of guilty to Counts I and II of the Information filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in $35,324.00 in United States currency was subject to forfeiture.

  2.  On March 3, 10 and 17, 2005, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property.  An Affidavit of Publication was filed herein on April 15, 2005 (Filing No. 43).

3. On October 31, 2006, Shalom Leder filed a Motion to Consider Ownership and Supporting Affidavit (Filing No. 60). No other person or entity contested the forfeiture of the currency.

4. On May 23, 2007, this Court issued a <u>Memorandum</u> and Order (Filing No. 64), denying Mr. Leder's Motion to Consider Ownership and Supporting Affidavit.

5. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $35,324.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C. The $35,324.00 in United States currency be, and the same hereby is, forfeited to the United States of America .

D. The United States Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 29th day of May, 2007.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**